```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 09008
   MARCUS FLAGG
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-7674

------------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/14/2008 and was not confirmed.

     The case was dismissed without confirmation 06/12/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
AURORA LOAN SERVICES LLC  CURRENT MORTG          .00            .00           .00
AURORA LOAN SERVICES LLC  SECURED NOT I     39050.72            .00           .00
CODILIS & ASSOCIATES      NOTICE ONLY      NOT FILED            .00           .00
SST INC                   SECURED NOT I          .00            .00           .00
SST INC                   UNSECURED        NOT FILED            .00           .00
FREDIA FLAGG              NOTICE ONLY      NOT FILED            .00           .00
AURORA LOAN SERVICES      NOTICE ONLY      NOT FILED            .00           .00
OSI COLLECTIONS           UNSECURED          2342.21            .00           .00
CAVALRY PORTFOLIO SERVIC  UNSECURED          3649.20            .00           .00
CIRCUIT CITY PRIVATE LAB  UNSECURED           180.55            .00           .00
STEVEN O HAMILL           DEBTOR ATTY            .00                          .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        --------------         --------------
TOTALS                        .00                     .00




              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 09008 MARCUS FLAGG
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 09/25/08                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                                           PAGE   2
         CASE NO. 08 B 09008 MARCUS FLAGG